UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REX DAVID NORRIS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Case No.  2:15-cv-00423-HGD |
| | ) |
| MANHEIM REMARKETING, INC., | ) |
| | ) |
| Defendant | ) |

# **O R D E R**

On March 13, 2015, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge. It is, therefore, ORDERED, ADJUDGED and DECREED that plaintiff's claim in Count One of his complaint seeking relief under the Alabama Worker's Compensation Act is SEVERED and REMANDED to the Circuit Court of Jefferson

County.  It is further ORDERED that plaintiff's Petition for the Employment of Attorney Under the Workmen's Compensation Law of Alabama (Doc. 2) is MOOT in this court.  This court RETAINS jurisdiction over plaintiff's claim in Count Two of his complaint for violation of the Fair Labor Standards Act.

**DONE** this the 7th  day of April, 2015.

*/s/ James H. Hancock*
_____
SENIOR UNITED STATES DISTRICT JUDGE